```
 1  GEORGE S. CARDONA
    Acting United States Attorney                    JS-6
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
    Asset Forfeiture Section
 7       U.S. Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2727
 9       Facsimile: (213) 894-7177
         E-Mail: Michele.Marchand@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

12                 UNITED STATES DISTRICT COURT

13               FOR THE CENTRAL DISTRICT OF CALIFORNIA

14
    UNITED STATES OF AMERICA,    )   NO. CV 09-6643-AHM(PLAx)
15                               )
              Plaintiff,         )        [Proposed]
16                               )   **CONSENT JUDGMENT OF FORFEITURE**
         v.                      )
17                               )
    $46,481.28 IN BANK FUNDS,    )
18                               )
              Defendant.         )
19  _____)

20       Plaintiff United States of America ("plaintiff") initiated

21  this action by filing a Verified Complaint for Forfeiture

22  ("Complaint") on September 14, 2009. Notice was given and

23  published in accordance with law. For the purpose of this

24  Consent Judgment of Forfeiture, plaintiff waives the requirement

25  that L.A.C.C., Inc., dba LA Computer Company, Inc. and Yusuf

26  Motiwalla, president of L.A.C.C., Inc. (collectively "L.A.C.C.,

27  Inc.") file claims. No claims or answers have been filed, and

28  the time for filing claims and answers has expired.

1  Plaintiff and L.A.C.C., Inc. have reached an agreement that is
2  dispositive of this action.  Plaintiff and L.A.C.C., Inc. hereby
3  request that the Court enter this Consent Judgment of Forfeiture.
4      **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
5      1.   This court has jurisdiction over the parties and the
6  subject matter of this action.
7      2.   Notice of this action has been given in accordance with
8  law.  All potential claimants to the defendant $46,481.28 in bank
9  funds other than L.A.C.C., Inc. are deemed to have admitted the
10 allegations of the Complaint.  The allegations set out in the
11 Complaint are sufficient to establish a basis for forfeiture.
12     3.   The United States of America shall have judgment as to
13 the defendant $46,481.28 in bank funds and all interest earned
14 thereon.  No other person or entity shall have any right, title
15 or interest in the forfeited bank funds.  The United States
16 Marshals Service is ordered to dispose of said asset in
17 accordance with law.
18     4.   L.A.C.C., Inc. hereby releases the United States of
19 America, its agencies, agents, and officers, including employees
20 and agents of the United States Postal Service Inspection
21 Service, from any and all claims, actions or liabilities arising
22 out of or related to this action, including, without limitation,
23 any claim for attorneys' fees, costs or interest which may be
24 asserted on behalf of L.A.C.C., Inc., whether pursuant to 28
25 U.S.C. § 2465 or otherwise.
26 / / /
27 / / /
28 / / /

5. The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: December 3, 2009

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: December 2, 2009     GEORGE S CARDONA
                            Acting United States Attorney
                            CHRISTINE C. EWELL
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

                                /s/ MICHELE C. MARCHAND
                            _____
                            MICHELE C. MARCHAND
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            United States of America

DATED: November 30, 2009    HOCHMAN, SALKIN, RETTIG, TOSCHER &
                            PEREZ, P.C.

                                /s/ DENNIS PEREZ
                            _____
                            DENNIS PEREZ

                            Attorneys for L.A.C.C., Inc., dba
                            LA Computer Company, Inc. and Yusuf
                            Motiwalla, President of L.A.C.C.,
                            Inc.

3